

BATTS, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE BANK, ALLSTATE INSURANCE COMPANY, ALLSTATE LIFE INSURANCE COMPANY, ALLSTATE NEW JERSEY INSURANCE COMPANY, ALLSTATE LIFE INSURANCE COMPANY OF NEW YORK, AGENTS PENSION PLAN, and ALLSTATE RETIREMENT PLAN,<br><br>Plaintiffs,<br><br>-against-<br><br>JPMORGAN CHASE BANK, N.A.; J.P. MORGAN MORTGAGE ACQUISITION CORPORATION; J.P. MORGAN SECURITIES LLC; J.P. MORGAN ACCEPTANCE CORPORATION I; W.M. ASSET HOLDINGS CORPORATION; WAMU ASSET ACCEPTANCE CORPORATION; WAMU CAPITAL CORPORATION; WASHINGTON MUTUAL MORTGAGE SECURITIES CORPORATION; LONG BEACH SECURITIES CORPORATION; DAVID BECK; DIANE NOVAK; THOMAS LEHMANN; EMC MORTGAGE CORPORATION; STRUCTURED ASSET MORTGAGE INVESTMENTS II INC.; BEAR STEARNS ASSET BACKED SECURITIES I LLC; and SACO I INC.,<br><br>Defendants. | No. 11-cv-01869 (DAB)<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| JPMORGAN CHASE BANK, N.A.,<br><br>Third-Party Plaintiff,<br><br>-against-<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for Washington Mutual Bank; FEDERAL DEPOSIT INSURANCE CORPORATION in its Corporate Capacity,<br><br>Third-Party Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss this action with prejudice and

without costs, defendants to this action having neither served an answer to the complaint nor a motion for summary judgment.

Dated: March 12, 2013                    By:   *Dan Brockett*
                                               Daniel L. Brockett
                                               David D. Burnett
                                               51 Madison Avenue, 22nd Floor
                                               New York, NY 10010
                                               Tel.: (212) 849-7000
                                               Fax: (212) 849-7100
                                               Email: danbrockett@quinnemanuel.com
                                                      davidburnett@quinnemanuel.com

                                               *Counsel for Plaintiffs Allstate Bank, Allstate
                                               Insurance Company, Allstate Life Insurance
                                               Company, Allstate New Jersey Insurance
                                               Company, Allstate Life Insurance Company of
                                               New York, Agents Pension Plan, and Allstate
                                               Retirement Plan*

**SO ORDERED:**

*Deborah A. Batts*
U.S.D.J.   3/15/13